AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | Case: 1:21-mj-00520 |
| v. | ) | Assigned To : Faruqui, Zia M. |
| Matthew DaSilva | ) | Assign. Date : 07/09/2021 |
| DOB: XXXXXX | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers, |
| 18 U.S.C. § 231(a)(3) and §2 | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(4) | Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(F) | Act of Physical Violence in the Capitol Grounds or Buildings, |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jacob D. Farber, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/09/2021

*Judge's signature*

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*