Use Tab key to move from field to field on this form.
Case 1:21-mj-00520 Document 1 Filed 07/16/21 Page 1 of 1
NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

      vs.                Criminal Number   1:21-mj-520

Matthew DaSilva

      (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Marina Medvin, DC Bar #995966
*(Attorney & Bar ID Number)*

MEDVIN LAW PLC
*(Firm Name)*

916 Prince St, Ste 109
*(Street Address)*

Alexandria, VA 22314
*(City)*      *(State)*      *(Zip)*

888-886-4127
*(Telephone Number)*