UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-564 (EGS) |
| | : | |
| **MATTHEW DASILVA,** | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and they do not object to this motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                            Respectfully submitted,

                                            CHANNING PHILLIPS
                                            Acting United States Attorney
                                            D.C. Bar No. 415793

By:    */s/ Robert Juman*
           ROBERT JUMAN
           Assistant United States Attorney
           New Jersey Bar Number 032201993
           United States Attorney's Office
           Detailee – Federal Major Crimes
           555 Fourth Street, N.W.
           Washington, D.C.   20530
           Telephone: (786) 514-9990
           Email: Robert.Juman@usdoj.gov