UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 1:21-CR-00564 |
| ) | |
| MATTHEW DASILVA, ) | |
| ) | |
| DEFENDANT. ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO APPEAR BY VIDEO

In a Minute Order dated February 21, 2023, this Honorable Court set Defendant's motions to dismiss for an in-person hearing on February 28, 2023. The defendant respectfully requests leave to appear at this hearing by videoconference and in support thereof states as follows:

1. The defendant resides in Texas. Counsel for the Government, Mr. Juman, works out of Florida. Defense counsel is local.

2. It would be a significant financial burden for the defendant to travel from Texas to Washington D.C. for this motions hearing. The defendant is on a limited income, having been terminated from his steady employment following the arrest for the underlying matter.

3. The defendant requests to appear at the February 28 hearing remotely, via Zoom videoconference, as he had done in prior hearings. The defendant waives his right to appear in person.



4. The government does not oppose a video hearing.

5. The defense proposes either a Zoom teleconference hearing for all parties or a mixed hearing, with the defendant appearing remotely via Zoom and counsel appearing in person.

6. The parties do not believe that appearing remotely or holding a Zoom hearing would negatively impact the motions hearing for either side.

WHEREFORE the defendant respectfully requests to be allowed leave to either appear remotely via Zoom videoconference on February 28, 2023, or to have the motions hearing held remotely for all parties via Zoom videoconference.

>Respectfully submitted,
>
>By Counsel:
>
>_____/s/_____
>Marina Medvin, Esq.
>*Counsel for Defendant*
>MEDVIN LAW PLC
>916 Prince Street
>Alexandria, Virginia 22314
>Tel:  888.886.4127
>Email: contact@medvinlaw.com

### CERTIFICATE OF SERVICE FOR CM/ECF

I hereby certify that on February 22, 2023, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

>_____/s/_____
>Marina Medvin, Esq.