**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNTED STATES OF AMERICA** | : | |
| | : | **21-cr-564 (CJN)** |
| **v.** | : | |
| | : | |
| **MATTHEW DASILVA,** | : | |
| | : | |
| **Defendant.** | : | |

## SCHEDULING ORDER

Trial is set to commence in this matter on **July 17, 2023**, at 9:00 a.m. in Courtroom 17. The Parties intend to proceed with a bench trial. The following deadlines shall govern pretrial proceedings:

1. The Parties shall file any pretrial motions (including motions *in limine* or other motions to exclude evidence) by **May 19, 2023**. Oppositions to any such motions shall be filed by **June 2, 2023**. Any reply shall be filed by **June 9, 2023**. The Parties shall also meet and confer before filing to discuss whether any issues presented by the motions can be resolved by agreement of the Parties.

2. The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed by **June 21, 2023**.

3. The Parties shall file, no later than **July 5, 2023**, a Trial Brief that contains:

   a. A brief statement of the case that contains a summary of the relevant facts, the Parties' anticipated evidence, and anticipated defenses.

   b. A summary of the elements of the crimes alleged, including any relevant definitions, with citation to relevant case law.

   c. A summary of the anticipated stipulations.

   d. A summary of the anticipated stipulated testimony.

e. A list of witness that the Party anticipates that it may call in its case-in-chief, divided into the witnesses who will be called to testify at trial and witnesses who may be called to testify at trial, with a brief description of each witness's expected testimony and area of expertise, if applicable.

f. A list of exhibits (including demonstratives, summaries, or other specially prepared exhibits). The list should identify: (1) the exhibit number for each exhibit; (2) the associated date of the exhibit; and (3) a brief description of the exhibit.

g. Any request for opening argument and the time requested.

4. The Parties shall file Legal Instructions by **July 7, 2023**.

5. The Parties shall deliver to the Court and opposing counsel, in electronic format (either by disc or thumb drive), a copy of all of its exhibits, marked by exhibit number, by **July 10, 2023**, except that exhibits not readily available in electronic format (e.g., the exhibit is a physical object, not a document, video, or audio) need not be submitted. The delivery of exhibits in electronic format to the Court and opposing counsel is to aid the Court and the parties in preparing for the presentation of evidence at trial, and it does supplant Local Criminal Rule 56.2.

6. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief by **June 26, 2023**. Any *Brady* materials not already disclosed must be disclosed by this date.

7. The Parties shall meet and confer about exhibits and witnesses by **July 10, 2023**, to discuss anticipated objections and stipulations for admission.

8. The Court will schedule hearings on any motions filed by the Parties as necessary.

9. Counsel shall appear on **July 12, 2023**, at 2:00 p.m. for an in-person Pretrial

Conference in Courtroom 17.  The Defendant may appear for the Pretrial

Conference via telephone or video.

So ordered this 24th day of April 2023.

_____
HON. CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE