# ATTACHMENT 1



## Directive

# Retrieval of Archived Video

| | | | |
|---|---|---|---|
| Directive #: | 1000.002 | Effective Date: | 02/06/2015 |
| Initiating Unit: | Security Services Bureau | Review Date: | 1st February |
| CALEA: | N/A | | |

## Contents

1
2  Authority and Coverage .................................................. 1
3  Definition(s) ..................................................................... 1
4  General Policy ................................................................. 1
5   Requesting Archived Video Footage ....................... 2
6   Accessing Archived Video Footage ........................ 2
7  Responsibilities/Procedures ......................................... 2
8   Security Services Bureau ........................................ 2
9  Additional Information .................................................... 2
10  Cancellation .................................................................... 2
11  Appendices ..................................................................... 2
12

## Authority and Coverage

14 The Chief of Police is the chief executive officer of the
15 United States Capitol Police (USCP) and is
16 responsible for the day-to-day operation and
17 administration of the USCP.

18 This policy may be revised at the discretion of the
19 Chief of Police, consistent with applicable law, rule,
20 and regulation.

## Definition(s)

22 **CP-411 Request for Copy/Review of Video**
23 **Recordings.** A form created by the USCP to
24 document and control the request and dissemination
25 or archived video footage.

## General Policy

27 The Department must maintain appropriate internal
28 controls on the use and duplication of archived video
29 footage to ensure the chain of custody for all copied
30 video footage. In support of national security and
31 legitimate law enforcement purposes, the Department
32 adjudicates any and all requests for recorded security
33 camera video footage to include the dissemination of
34 footage through established channels. Prescribed law
35 enforcement purposes for the CP-411 include:
36 required for court, subpoena, Office of Professional
37 Responsibility (OPR), or training, but may include any
38 authorized investigation. This policy will identify the
39 parties that are able to request video (USCP sworn
40 officials or their civilian equivalent) and the role of the
41 Security Services Bureau (SSB) and Chief of
42 Operations (COO) in assuring that any request for
43 disseminating archived video follows an appropriate
44 business purpose.

45 The USCP was tasked by its statutory oversight
46 committees to expand the video retrieval capabilities of
47 the Capitol Complex. The design, installation, and
48 maintenance of this system are delegated to the SSB.
49 The Capitol Police Board directed that cameras would
50 only be used for matters related to national security
51 and legitimate law enforcement purposes (e.g., serious
52 crimes). The COO is the sole authority for the approval
53 of any and all requests for archived video footage, with
54 the exception of the Office of the Inspector General
55 (OIG) which has the ability to duplicate archived video
56 footage for its own investigations.

57 In addition, this policy identifies the expectations for
58 accessing and using video footage. This policy does
59 not apply to the use of video as an operational aid
60 (e.g., supporting the USCP Command Center
61 Operations during an incident). Instead, this policy is
62 intended to safeguard against the transfer of archival
63 video for non-operational activities (e.g., as an aid to
64 officers in filing reports). Video footage received
65 through an approved request should not be delivered,
66 copied, or transmitted to anyone other than necessary
67 parties (e.g., court, General Counsel) without approval
68 from the COO.

69 The USCP, through SSB, maintains a sophisticated
70 closed circuit television system (CCTV) system that
71 includes cameras strategically placed throughout the
72 Capitol Complex to provide situational awareness to

USCP personnel, supporting national security, and legitimate law enforcement purposes.

### Requesting Archived Video Footage

The CP-411 must be routed through the chain of command and ultimately approved by the COO. A requesting official must also have signed the signature sheet acknowledging they have received and reviewed this policy and relevant standard operating procedures. Requests for archived video footage via the CP-411 must be made at least at the level of Sergeant (or their civilian equivalent) and should be reviewed and approved by the relevant Deputy Chief (or civilian equivalent) before it is sent to the Office of the COO for official approval. The COO will forward the request to the SSB upon approval.

### Accessing Archived Video Footage

Workstations, as well as the requisite access privileges for access to archived video footage from the Video Management System (VMS), are issued by the SSB to officials (mostly at the rank of Captain and above) in the Operational Bureaus. In addition, the SSB provides access privileges to any individual in organizations that frequently require video footage for operational purposes, including the USCP Command Center, Communications, the Criminal Investigations Section, OGC, OPR, OIG, and SSB. Archived video can be used for operational activities, including supporting Command Center Operations during an incident or supporting USCP investigation. USCP personnel should not use or reference archived video in their reports which are used in court proceedings unless they have written approval from the COO.

Retrieving, using, or duplicating archived video footage in cases not related to national security or significant law enforcement operations (e.g., traffic stops, accident reporting), could expose the location of our CCTV cameras or identify our surveillance tactics. This presents a threat to national security, as making this information public could be utilized by a potential adversary.

Video footage should be used only in the prescribed manner documented in the CP-411 within the strict controls outlined in this policy. If the reason for a request or usage of the video footage changes, another CP-411 form should be completed and provided through the proper chain of command to amend the initial CP-411.

### Responsibilities/Procedures

### Security Services Bureau

SSB is responsible for the following:

1. Process an approved request and schedule a time for the requesting official to pick-up the video footage. Only the requesting official or an alternate designated in writing by the requesting official may pick up the video.

2. Assign a request tracking number to ensure accountability and proper internal controls and record all video requests and custody transfers with the assigned tracking number in an approved location. Any changes to the original request will require a new CP-411.

3. Stores video footage for 30 days per system capabilities. Officials should be aware that system maintenance or malfunctions may make video unavailable prior to the 30 days. For this reason, video retrieval requests should be made promptly. SSB will maintain an archive of any approved video footage requests.

### Additional Information

Retrieval, use, or duplication of archived video footage would not be in compliance with the intent of Congress when it established the VMS.

### Cancellation

None.

### Appendices

None.

**Kim C. Dine**
**Chief of Police**