**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA**

| | | |
|---|---|---|
| **UNTED STATES OF AMERICA** | : | |
| | : | **21-cr-564 (CJN)** |
| **v.** | : | |
| | : | |
| **MATTHEW DASILVA,** | : | **May 30, 2023** |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT REGARDING REVISED SCHEDULING ORDER

At the May 23, 2023 Motion Hearing, this Honorable Court ordered the parties to submit a revised scheduling order. *See* 5/3/23 Minute Entry. In compliance with that order, the parties have met and conferred and agree to the revised, pretrial deadlines outlined below.

The parties submit that this revised schedule will allow for them to continue to work together to resolve as many issues as possible ahead of trial. In particular, the parties seek to extend the deadline to respond to their respective Motions in Limine beyond the deadline for preliminary exhibit lists so that the parties can consider those proposed exhibits and ideally resolve their motions without the need for a ruling from the Court. To the extent there are any remaining issues in dispute, the parties believe those issues will be significantly narrowed and can be resolved at the Pretrial Conference.

- **June 9, 2023:** Deadline for the United States' responses to the Defendant's Motion for Bill of Particulars, Doc. 47, and Motion to Dismiss for Selective Prosecution, Doc. 48

- **June 16, 2023:** Deadline for the Defendant's reply in support of the aforementioned motions

- **June 21, 2023:** Deadline to notify the Defendant of the United States' intent to introduce Rule 404(b) evidence

- **June 26, 2023:** The United States will endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief by this date

- **June 28, 2023:** The parties will exchange preliminary exhibit lists to aid in the resolution of the pending Motions in Limine (Docs. 45, 46, 49, 50, and 51)

- **July 7, 2023**: The parties shall file their:

  1. Responses to the Motions in Limine (Docs. 45, 46, 49, 50, and 51), to the extent those motions have not been resolved by stipulation or agreement

  2. Proposed Legal Instructions

  3. Trial Brief containing:

     a. A brief statement of the case that contains a summary of the relevant facts, the Parties' anticipated evidence, and anticipated defenses.
     b. A summary of the elements of the crimes alleged, including any relevant definitions, with citation to relevant case law.
     c. A summary of the anticipated stipulations.
     d. A summary of the anticipated stipulated testimony.
     e. A list of witness that the Party anticipates that it may call in its case-in-chief, divided into the witnesses who will be called to testify at trial and witnesses who may be called to testify at trial, with a brief description of each witness's expected testimony and area of expertise, if applicable.
     f. A list of exhibits (including demonstratives, summaries, or other specially prepared exhibits). The list should identify: (1) the exhibit number for each exhibit; (2) the associated date of the exhibit; and (3) a brief description of the exhibit.
     g. Any request for opening argument and the time requested.

- **July 10, 2023:** The Parties will meet and confer about exhibits and witnesses before this date.

  In addition, the Parties shall deliver to the Court and opposing counsel, in electronic format (either by disc or thumb drive), a copy of all of its exhibits, marked by exhibit number, except that exhibits not readily available in electronic format (e.g., the exhibit is a physical object, not a document, video, or audio) need not be submitted. The delivery of exhibits in electronic format to the Court and opposing counsel is to aid the Court and the parties in preparing for the presentation of evidence at trial, and it does supplant Local Criminal Rule 56.2.

- **July 12, 2023 at 2:00 pm:** Counsel shall appear in-person for the Pretrial Conference in Courtroom 17; the Defendant may appear by telephone or video.

2

- **July 17, 2023 at 9:00 am:** Commence trial in Courtroom 17.

Counsel for the Government has conferred with counsel for the Defendant, who consents to the filing of this Joint Status Report.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

/s/ Katherine E. Boyles
Katherine Boyles
Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325
Katherine.Boyles@usdoj.gov
Phone: 203-931-5088

Adam Dreher
Assistant United States Attorney
Mich. Bar No P79246
Email: Adam.Dreher@usdoj.gov
Phone: 202-252-1706

United States Attorney's Office
601 D Street NW
Washington, D.C. 20001