UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | | |
|---|---|---|
| **UNTED STATES OF AMERICA** | : | |
| | : | **21-cr-564 (CJN)** |
| **v.** | : | |
| | : | |
| **MATTHEW DASILVA,** | : | |
| | : | |
| **Defendant.** | : | |

## AMENDED SCHEDULING ORDER

Upon review of the Parties' Joint Status Report, ECF No. 53, the following revised deadlines shall govern pretrial proceedings:

- **June 9, 2023**: Deadline for the United States' responses to the Defendant's Motion for Bill of Particulars, Doc. 47, and Motion to Dismiss for Selective Prosecution, Doc. 48

- **June 16, 2023**: Deadline for the Defendant's reply in support of the above motions

- **June 21, 2023**: Deadline to notify the Defendant of the United States' intent to introduce Rule 404(b) evidence

- **June 26, 2023**: By this date, the United States shall endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief

- **June 28, 2023**: Deadline for the parties to exchange preliminary exhibit lists to aid in the resolution of the pending Motions in Limine (Docs. 45, 46, 49, 50, and 51)

- **July 7, 2023**: Deadline for the parties to file their:

    1. Responses to the Motions in Limine (Docs. 45, 46, 49, 50, and 51), to the extent those motions have not been resolved by stipulation or agreement

    2. Proposed Legal Instructions

    3. Trial Brief containing:

        a. A brief statement of the case that contains a summary of the

      relevant facts, the Parties' anticipated evidence, and anticipated defenses

    b. A summary of the elements of the crimes alleged, including any relevant definitions, with citation of relevant case law

    c. A summary of the anticipated stipulations

    d. A summary of the anticipated stipulated testimony

    e. A list of witness that the Party anticipates that it may call in its case-in-chief, divided into the witnesses who will be called to testify at trial and witnesses who may be called to testify at trial, with a brief description of each witness's expected testimony and area of expertise, if applicable

    f. A list of exhibits (including demonstratives, summaries, or other specially prepared exhibits). The list should identify: (1) the exhibit number for each exhibit; (2) the associated date of the exhibit; and (3) a brief description of the exhibit

    g. Any request for opening argument and the time requested

- **July 10, 2023**: Deadline for the parties to meet and confer about exhibits and witnesses. In addition, the Parties shall each deliver to the Court and opposing counsel, in electronic format (either by disc or thumb drive), a copy of all of its exhibits, marked by exhibit number, except that exhibits not readily available in electronic format (e.g., the exhibit is a physical object, not a document, video, or audio) need not be submitted. The delivery of exhibits in electronic format to the Court and opposing counsel is to aid the Court and the parties in preparing for the presentation of evidence at trial, and it does supplant Local Criminal Rule 56.2.

- **July 12, 2023 at 2:00 PM**: Counsel shall appear in-person for the Pretrial Conference in Courtroom 17; the Defendant may appear by telephone or video

- **July 17, 2023 at 9:00 AM**: Trial begins in Courtroom 17

So **ORDERED** this 1st day of June 2023.

                                                HON. CARL J. NICHOLS
                                                UNITED STATES DISTRICT JUDGE