UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 21-cr-564 (CJN) |
| v. | : | |
| | : | |
| **MATTHEW DASILVA,** | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S FINAL EXHIBIT LIST

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence |
|---|---|---|---|---|
| *CAPITOL BUILDING AND GROUNDS* | | | | |
| 001 | USCP CCTV Video Montage | | | |
| 002A | Closure of West Front Police Order | | | |
| 002B | Ground Closure Announcement | | | |
| 003 | Restricted Perimeter | | | |
| 004 | Capitol Building – 3D Map | | | |
| 005 | Capitol Building – 3D Image of West Front | | | |
| 006 | Photograph of the Capitol | | | |
| 007 | Photograph of "Area Closed" signs | | | |
| 008 | Photograph of "Area Closed" sign | | | |
| 009 | Photograph of "Area Closed" sign | | | |
| 010 | Photograph of "Area Closed" sign | | | |
| | | | | |
| *LEGAL AUTHORITY* | | | | |
| 101 | U.S. Constitution, Amendment XII | | | |
| 102 | 3 U.S.C. § 15 | | | |
| 103 | 3 U.S.C. § 16 | | | |
| 104 | 3 U.S.C. § 17 | | | |
| 105 | 3 U.S.C. § 18 | | | |
| 106 | Concurrent Resolution | | | |
| | | | | |
| *UNITED STATES CAPITOL POLICE CCTV VIDEO* | | | | |
| 201 | Camera 74 400 to 415 pm | | | |
| 202 | Camera 74 415 to 430 pm | | | |
| 203 | Camera 74 430 to 445 pm | | | |

| | | | | |
|---|---|---|---|---|
| 204 | Camera 944 2:50 to 3 pm | | | |
| 205 | Camera 944 2:50 to 3 pm (zoomed in) | | | |
| 206 | Camera 944 17:04 | | | |
| | | | | |
| *METROPOLITAN POLICE BODY WORN CAMERA* | | | | |
| 301 | Off. Jonathan Chen BWC – BJFT | | | |
| 301a | Screenshot 16:33:18 | | | |
| 301b | Screenshot 16:33:26 | | | |
| 301c | Screenshot 16:33:42 | | | |
| | | | | |
| 302 | Off. Marc D'Avignon BWC – BHR7 | | | |
| 302a | Screenshot 16:33:16 | | | |
| 302b | Screenshot 16:33:18 | | | |
| 302c | Screenshot 16:33:18 (second) | | | |
| 302d | Screenshot 16:33:19 | | | |
| 302e | Screenshot 16:34:09 | | | |
| | | | | |
| 303 | Off. Aaron Hunter BWC – BFKP | | | |
| 303a | Screenshot 16:32:23 | | | |
| 303b | Screenshot 16:32:30 | | | |
| 303c | Screenshot 16:32:55 | | | |
| 303d | Screenshot 16:32:56 | | | |
| | | | | |
| 304 | Off. Divonnie Powell BWC – BL0C | | | |
| 304a | Screenshot 16:33:14 | | | |
| 304b | Screenshot 16:33:17 | | | |
| 304c | Screenshot 16:33:18 | | | |
| 304d | Screenshot 16:33:19 | | | |
| | | | | |
| 305 | Off. Steven Sajumon BWC – BJ8Z | | | |
| 305a | Screenshot 16:33:31 | | | |
| 305b | Screenshot 16:33:32 | | | |
| 305c | Screenshot 16:33:33 | | | |
| 305d | Screenshot 16:33:35 | | | |
| 305e | Screenshot 16:33:37 | | | |
| | | | | |
| 306 | Off. Jason Sterling BWC – BL39 | | | |
| 306a | Screenshot 16:33:13 | | | |
| 306b | Screenshot 16:33:14 | | | |

| | | | | |
|---|---|---|---|---|
| 306c | Screenshot 16:33:18 | | | |
| 306d | Screenshot 16:33:18 (second) | | | |
| 306e | Screenshot 16:33:30 | | | |
| 306f | Screenshot 16:33:49 | | | |
| 306g | Screenshot 16:33:58 | | | |
| 306h | Screenshot 16:35:30 | | | |
| | | | | |
| OPEN SOURCE VIDEOS & PHOTOGRAPHS | | | | |
| 401 | Sargente clip | | | |
| 401a | Screenshot | | | |
| | | | | |
| 402 | West Plaza Video (Xy2JnbdsJG5) | | | |
| 402a | Screenshot | | | |
| | | | | |
| 403 | West Plaza Video (B.Smith – unified_message) | | | |
| | | | | |
| 404 | Washington Protest video | | | |
| 404a | Screenshot | | | |
| 404b | Screenshot | | | |
| 404c | Screenshot | | | |
| 404d | Screenshot | | | |
| 404e | Screenshot | | | |
| | | | | |
| 405 | Full Footage video | | | |
| 405a | Screenshot | | | |
| 405b | Screenshot | | | |
| | | | | |
| 406 | Norman Koch video | | | |
| 406a | Screenshot | | | |
| | | | | |
| 407 | J Robertson video | | | |
| 407a | Screenshot | | | |
| 407b | Screenshot | | | |
| | | | | |
| 408 | Go Pro Video (Fanone Incident) | | | |
| 408a | Screenshot | | | |
| | | | | |
| 409 | Storm 7 video | | | |

| | | | | |
|---|---|---|---|---|
| 409a | Screenshot | | | |
| | | | | |
| 410 | DaSilva on 410 pm | | | |
| 410a | Screenshot | | | |
| 410b | Screenshot | | | |
| 410c | Screenshot | | | |
| | | | | |
| 411 | DaSilva on 430 pm | | | |
| 411a | Screenshot | | | |
| | | | | |
| 412 | M. Castro cellphone video | | | |
| 412a | Screenshot | | | |
| | | | | |
| *BUSINESS RECORDS (SAFEWAY)* | | | | |
| 501 | Rule 902 Certificate | | | |
| 502 | Safeway Email | | | |
| 503 | Safeway Sales Comparisons | | | |
| 504 | Safeway Warehouse Shipments | | | |
| 505 | D.C. Register | | | |
| 506 | Curfew Tweet | | | |
| | | | | |
| *U.S. SECRET SERVICE MATERIALS* | | | | |
| 601 | Hawa Email | | | |
| 602 | Head of State Worksheet | | | |
| 603 | CCTV Evacuation of Mike Pence | | | |
| 604 | Motorcade Video | | | |
| | | | | |
| *STIPULATIONS* | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney

By:    /s/ *Katherine E. Boyles*
        Katherine E. Boyles
        Assistant U.S. Attorney
        D. Conn. Fed. Bar No. PHV20325
        United States Attorney's Office
        601 D Street NW
        Washington, D.C. 20001
        Phone: 203-931-5088
        Email: Katherine.Boyles@usdoj.gov

        /s/ *Eric W. Boylan*
        Eric W. Boylan
        Assistant U.S. Attorney
        Texas Bar No. 24105519
        United States Attorney's Office
        601 D Street NW
        Washington, D.C. 20001
        Phone: 202-815-8608
        Email: Eric.Boylan@usdoj.gov