AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

for the **DISTRICT OF** Columbia

United States

V.

Matthew DaSilva

## EXHIBIT AND WITNESS LIST

Case Number: 21-cr-564 (CJN)

| PRESIDING JUDGE<br>Nichols | PLAINTIFF'S ATTORNEY<br>Katherine E. Boyles | DEFENDANT'S ATTORNEY<br>Marina Medvin |
|---|---|---|
| TRIAL DATE (S)<br>7/17/2023 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1A | | | | | Video depicting removal of restricted area signs at 12:54 PM, Video of Image in Government Exhibit 010 |
| 1B | | | | | Video depicting removal of restricted area signs from Capitol lawn |
| 1C | | | | | Metadata for 1B showing timestamp of 12:58 PM |
| 2 | | | | | Combined, synched video showing outside perspective and bodycam perspective |
| 3A | | | | | 4 Officer bodycams synched showing interaction with shield |
| 3B | | | | | Key explaining the position of 4 synched bodycams and time differences in each camera |
| 3C | | | | | Screenshot showing timestamp for each bodycam when Defendant first appears |
| 3D | | | | | Screenshot showing timestamp for each camera when Defendant first touches shield |
| 3E | | | | | Screenshot showing timestamp for each camera when Defendant last touches shield |
| 4A | | | | | Shortened version of Government Exhibit 305 with background noise reduced to aid in hearing speech |
| 4B | | | | | Shortened version of Government Exhibit 305 with subtitles, no noise edits, to aid in viewing original video |
| 5 | | | | | Synched, slow-motion video of Government Exhibits 303b-e and 304b-d |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

New Page