CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   )
                           )
vs.                        )   Criminal Case No.: 21-564-01 (CJN)
                           )
MATTHEW DASILVA            )
                           )
                           )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____   Date: July 17, 2023
CARL J. NICHOLS
United States District Judge