UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MATTHEW DASILVA, <br><br> *Defendant.* | Criminal Action No. 1:21-cr-00564 (CJN) |

## ORDER

As stated on the record during trial on July 19, 2023, it is hereby

**ORDERED** that the Defendant shall self-surrender to a facility within his home district, as ordered by the Probation Officer, on or before July 26, 2023; and it is further

**ORDERED** that the Defendant be placed on GPS location monitoring, to commence no later than 12:00 PM on July 20, 2023, until he self-surrenders on July 26, 2023.

DATE: July 19, 2023

_____
CARL J. NICHOLS
United States District Judge

1