| | | United States of America | | | |
|---|---|---|---|---|---|
| Government | ☐ | VS. | | Civil/Criminal No. | CR 21-564 (CJN) |
| Plaintiff | ☐ | | | | |
| Defendant | ✓ | Matthew DaSilva | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1A | Video depicting removal of restricted area signs at 12:54 pm, Video image in Govt Exhibit 010 | 7/17/23 | 7/17/23 | C. Mendoza | |
| 1B | Video depicting removal of restricted area signs from Capitol lawn | 7/17/23 | 7/17/23 | C. Mendoza | |
| 1C | Metadata for 1B showing timestop of 12:58 PM | 7/17/23 | | C. Mendoza | |
| 2 | Combined, synched video showing outside perspective and bodycam perspective | | | | |
| 3A | 4 Officer bodycams synched showing interaction with shield | 7/17/23 | 7/17/23 | J. Sterling | |
| 3B | Key explaining the position of 4 synched bodycams and time differences in each camera | 7/17/23 | | J. Sterling | |
| 3C | Screenshot showing timestamp for each bodycam when Defendant first appears | 7/17/23 | 7/17/23 | J. Sterling | |
| 3D | Screenshot showing timestamp for each camera when Defendant first touches shield | 7/17/23 | 7/17/23 | J. Sterling | |
| 3E | Screenshot showing timestamp for each camera when Defendant last touches shield | 7/17/23 | 7/17/23 | J. Sterling | |
| 4A | Shortened version of Government Exhibit 305 with background noise reduced to aid in hearing speech | 7/17/23 | 7/17/23 | J. Sterling | |

- [ ] Government
- [ ] Plaintiff
- [x] Defendant
- [ ] Joint
- [ ] Court

United States of America
VS.
Matthew DaSilva

Civil/Criminal No. CR 21-564 (CJN)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4B | Shortened version of Government Exhibit 305 with subtitles, no noise edits, to aid in viewing original video | 7/17/23 | 7/17/23 | J. Sterling | |
| 5 | Synched, slow-motion video of Government Exhibits 303b-e and 304b-d | 7/17/23 | | J. Sterling | |