- [ ] Government
- [ ] Plaintiff
- [ ] Defendant
- [x] Joint
- [ ] Court

United States of America
VS.
Matthew DaSilva

Civil/Criminal No. CR 21-010 (CJN)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 701 | Description of Defendant's attire on January 6, 2021 | 7/17/2023 | 7/17/2023 | | |