UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW DASILVA,<br><br>*Defendant.* | Criminal Action No. 1:21-cr-00564 (CJN) |

**ORDER**

The Court's Order issued on July 19, 2023, is hereby revised as follows:

It is **ORDERED** that, by July 26, 2023, at 12:00 PM, the Defendant shall self-surrender to the U.S. Marshals Service in the Eastern District of Texas, located at 7940 Preston Rd., Unit 101, Plano, TX 75024; and it is further

**ORDERED** that the Defendant be placed on radio frequency location monitoring, to commence no later than 1:00 PM on July 20, 2023, until he self-surrenders; and it is further

**ORDERED** that, until the Defendant self-surrenders, the Defendant shall remain in his residence between 9:00 PM and 7:00 AM.

DATE: July 20, 2023

CARL J. NICHOLS
United States District Judge