UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW DASILVA,<br><br>*Defendant*. | Criminal Action No. 1:21-cr-00564 (CJN) |

**ORDER**

It is hereby **ORDERED** that the United States Marshals Service shall, at a time necessary to ensure his timely appearance at the October 12, 2023 Sentencing Hearing, transport the Defendant from his location of detention to the District of Columbia.

DATE:  July 20, 2023

_____
CARL J. NICHOLS
United States District Judge

1