UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW DASILVA,<br><br>*Defendant*. | Criminal Action No. 1:21-cr-00564 (CJN) |

## ORDER

Before the Court are the Defendant's Motions for Acquittal, ECF Nos. 88 and 93, and Motion to Modify the Detention Order, ECF No. 89.  Upon review of those motions, it is hereby

**ORDERED** that the Parties shall, no later than 5:00 PM on July 26, 2023, each file a brief of no more than five pages addressing whether the Defendant's conviction on Count Seven, Act of Physical Violence in the Capitol Grounds or Buildings, triggers mandatory detention pending sentencing under 18 U.S.C. § 3143(a)(2); and it is further

**ORDERED** that the July 28, 2023 deadline for the Government to file a response to the Defendant's Motion for Acquittal, to the extent the Government intends to make additional filings, is **VACATED**; and it is further

**ORDERED** that the Court will enter a revised briefing schedule for the Defendant's pending Motions for Acquittal at a later date; and it is further

**ORDERED** that the Defendant's obligation to self-surrender, as previously directed, is **CONTINUED** to July 28, 2023 by 12:00 PM.

1

DATE: July 25, 2023

_____
CARL J. NICHOLS
United States District Judge