# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-cr-564 (CJN)** |
| | : | |
| **MATTHEW DASILVA,** | : | |
| **Defendant.** | : | |

## MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for a brief continuance of the sentencing hearing currently scheduled for October 12, 2023 in this case.

On July 19, 2023, the Court found the defendant, Matthew DaSilva, guilty of six of seven counts charged by the grand jury in the second superseding indictment. The same day, the Court scheduled the defendant's sentencing hearing for October 12, 2023, with agreement from the parties. At the time, both government counsel believed they would be available on that date.

Since then, the Court of Appeals for the Second Circuit "calendared" oral argument for the week of October 10 in *United States v. Richard Lespier* (2d Cir., 22-1372), in which AUSA Boyles is lead counsel and designated to argue the case.[1] In addition, AUSA Boylan has now been scheduled to appear for a trial in this district beginning October 11, 2023 in *United States v. Antonio Lamotta*, 22-cr-320 (JMC). *See Lamotta*, 7/28/23 Minute Order (rescheduling trial to October 11). Given these scheduling updates, it is likely that neither of the government's trial

---

[1] To be clear, the Clerk of the Court for the Second Circuit calendared oral argument in *Lespier* on July 14, 2023 (the Friday before the *DaSilva* trial began). The Second Circuit does not send ECF notifications to counsel when a case is "calendared," nor does it specify on which particular day the argument will be set until a few weeks before the argument. Thus, the undersigned only learned that her case had been calendared for the week of October 10 on July 20, after sentencing had already been set in this matter.

attorneys who have the most familiarity with this matter will be available for the sentencing hearing as currently set.

Accordingly, the government respectfully moves for a week-and-a-half continuance of the sentencing hearing in this matter, until the week of October 23, when both government counsel will be available,[2] or as soon thereafter as the Court and defense counsel are available. *See* Local Crim. R. 57.5(a) ("Trial proceedings in this Court will yield … during argument by trial counsel in an appellate court."); 57.5(b) ("Actual trials of civil or criminal cases in this Court … will be accorded priority over any nontrial matters in either court.").

The undersigned have consulted with defense counsel about this motion, who indicated that she opposes the motion. Accordingly, the government respectfully proposes setting a telephonic status conference for this matter to address the scheduling issues raised herein.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:     /s/ *Katherine E. Boyles*
Katherine E. Boyles
Assistant U.S. Attorney
D. Conn. Fed. Bar No. PHV20325
Phone: 203-931-5088
Email: Katherine.Boyles@usdoj.gov

/s/ *Eric W. Boylan*
Eric W. Boylan
Assistant U.S. Attorney
Texas Bar No. 24105519
Phone: 202-815-8608
Email: Eric.Boylan@usdoj.gov
United States Attorney's Office

---

[2] In the alternative, the government would respectfully request that the Court continue this sentencing hearing until the week of October 16. AUSA Boyles is scheduled to begin a one-week trial in *United States v. Lynnwood Nester*, 22-cr-183-TSC (D.D.C.) on October 16, 2023, however, AUSA Boylan is available to handle this sentencing that week.

601 D Street NW
Washington, D.C. 20001