UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

MATTHEW DASILVA,

*Defendant.*

Criminal Action No. 1:21-cr-00564 (CJN)

**ORDER**

It is hereby **ORDERED** that the United States Marshals Service shall, at a time necessary to ensure his timely appearance at the October 25, 2023 Sentencing Hearing, transport the Defendant from his location of detention to the District of Columbia.

DATE: August 4, 2023

CARL J. NICHOLS
United States District Judge