UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.        : | Case No. 1:21-cr-564 (CJN) |
| : | |
| MATTHEW DASILVA, : | |
|    Defendant.   : | |

GOVERNMENT'S RESPONSE
TO DEFENDANT'S MOTION FOR ORDER ON PRE-SENTENCE PAYMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to the Defendant, Matthew DaSilva's Motion for Order on Pre-Sentence Payment, Doc. 94.

The government defers to the judgment of the Court and the Clerk on this matter and takes no position as to whether the defendant should be permitted to make payment before he is sentenced.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/ *Katherine E. Boyles*
Katherine E. Boyles
Assistant U.S. Attorney
D. Conn. Fed. Bar No. PHV20325
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001
Phone: 203-931-5088
Email: Katherine.Boyles@usdoj.gov

/s/ *Eric W. Boylan*
Eric W. Boylan
Assistant U.S. Attorney

                Texas Bar No. 24105519
                United States Attorney's Office
                601 D Street NW
                Washington, D.C. 20001
                Phone: 202-815-8608
                Email: Eric.Boylan@usdoj.gov