Defense Exhibit 1:

Counseling Letter

# Texas Mens Therapy

13809 Research Blvd., Suite 500
Austin, Texas 78750
512-481-2578

To Whom It May Concern:

Matt DaSilva has been my client since 8/2022. He has a diagnosis of anxiety and depression.

Mr. Da Silva reported he attended the 1/6/2021 incident at the United States Capital and was facing jail time.

Mr. DaSilva established therapeutic and collaborative rapport easily and communicated his view of the situation.

The client engaged in Cognitive Behavioral Therapy to address his negative thought patterns contributing to his emotional distress. Once he became aware of these distortions and how the stress he was experiencing increased his emotional disturbances, he practiced restructuring them with varying amounts of success due to the impending court and the extended wait time.

Additionally, Cognitive Behavioral Therapy emphasizes the role behaviors have in maintaining emotional problems. Mr. Da Silva worked to identify and modify behaviors that were reinforcing negative emotions within the context of his emotionally trying situation. Mr. DaSilva also engaged in becoming more self-aware of his thoughts and emotions, making efforts to keep them from increasingly impacting him by challenging them for accuracy and validity.

Mr. DaSilva also engaged in Person-centered Therapy which involved establishing a supportive, non-judgmental environment when he felt comfortable expressing and exploring his thoughts and emotions. This approach is used to help the client feel accepted and understood. Reflective exploration, involving mirroring the client's feelings and emotions related to his behavior to increase self-awareness and encourage the client to gain insights into his experiences, motivations and outcomes of his behavior.

Working with Mr. DaSilva, it was noted that he gained in self-awareness, emotional regulation skills and insight into how not all behavior is productive or useful to gain what he seeks. He also increased his awareness of his emotional challenges and identified ways to question his thinking and make adjustments.

Recommendations for future therapy include: continued therapy to address underlying traumatic issues related to his physical abuse, motivations, emotional regulation and behavior.

Regards,

Richard Pino LCSW TX#61908

Defense Exhibit 2:

Collection of Matthew DaSilva's

Military Awards and Commendations



**DEPARTMENT OF THE NAVY**
USS SAN FRANCISCO (SSN 711)
FPO AP 96678-2391

1610
Ser 711/019
MAR 7 2011

PERFORMANCE INFORMATION MEMORANDUM

From:  Commanding Officer, U.S. Pacific Fleet Combatant
To:    Commanding Officer, Navy Information Operations Command, Hawaii

Subj:  PERFORMANCE INFORMATION MEMORANDUM ICO CTI1 MATTHEW C. DA SILVA, USN,
       XXX-XX-6993

Ref:   (a) BUPERSINST 1610.10B

1.  Per reference (a), the following information is provided:

    a.  Period of duty:  28 Jan 11 - 7 Mar 11.

    b.  Type of duty:  TEMADD for 39 days aboard a U.S. Pacific Fleet
Combatant conducting operations under direct operational control of
COMSUBPAC.

    c.  Duties assigned:  Information Warfare Direct Support Element (IWDSE)
Senior Fusion Analyst-1.  Provided time-critical threat assessments to the
Commanding Officer, Officers of the Deck and the Direct Support Officer.
Duties required a thorough knowledge of target area, reporting requirements,
collection documentation, as well as use of the AN/ULR-21A(V)2 CLASSIC TROLL
and ancillary equipment.

    d.  Comments:  Petty Officer Da Silva's performance as the IWDSE Senior
Fusion Analyst was outstanding throughout this unique 39-day CNO directed
mission of critical importance to national, fleet, and theater commanders.
During this, his eleventh such mission, he provided outstanding situational
awareness to the CO, OOD, and IWDSE team, ensuring optimum collection while
maintaining safety and security of ship.  His highly respected technical
prowess, leadership experience, and ability to focus the 14-man IWDSE team on
mission objectives were indispensable to the ship's operations.  His solid
target knowledge and reporting expertise proved invaluable to the
coordination of two IWDSE data packages, eight intelligence logs, and six
time-sensitive reports.  He drafted eight post-mission reports enhancing
post-mission analysis and event reconstruction.  He provided over 104 total
hours of training and guidance for one Fusion Analyst Trainee and one Senior
Radiotelephone Operator Trainee, resulting in 100% completion of their
respective JQRs.  Furthermore, he was instrumental in the IWDSE effort to
increase ship's watch manning by 72% by fully qualifying for and standing
fathometer operator.

    e.  Petty Officer Da Silva's selfless contributions made him a valuable
member of the IWDSE team and vital to the success of the mission.  He has my
highest recommendation for advancement to Chief Petty Officer and continued
participation in the Direct Support Program.

NATHAN H. MARTIN



**UNITED STATES ARMY**
**THE CHIEF OF STAFF**
May 23, 2003

Seaman Matthew C. DaSilva
Naval Technical Training Detachment
Presidio of Monterey, California  93944

Dear Seaman DaSilva:

I would like to extend my personal congratulations for your performance during the 28th Annual Chinese Mandarin Speech Contest held in San Francisco, California.  By receiving an Honorable Mention in your category against such prestigious schools as Stanford University and the University of California at Berkeley, you have proven your abilities against the best.

Language ability is a crucial component in support of service specific and Department of Defense operations worldwide.  Your dedication to excellence is commendable and I encourage you to continue honing your skills to not only meet standards, but to exceed them in all aspects of your military career.  Congratulations again on your excellent performance!

Sincerely,

Eric K. Shinseki
General, United States Army



# NSA/CSS HAWAII

## *Letter of Appreciation*

*is awarded to*

### *Cryptologic Technician Interpretive Second Class*

### *Matthew C. Dasilva*

Cryptologic Technician Interpretive Second Class Matthew C. Dasilva, United States Navy, distinguished himself by meritorious service from 26 to 28 February 2008 while serving as a Language Translator during a major international conference held at the National Security Agency/Central Security Service, Hawaii. Petty Officer Dasilva demonstrated a high level of linguistic ability, maintaining a smooth transfer of information despite the topics being highly technical, jargon-filled, and well outside the normal lanes of translation.  He facilitated the free flow of questions and answers critical to information exchanges, and allowed the conference to proceed at a remarkably rapid pace. Equally important was his contribution in terms of his approachable, pleasant demeanor.  From the first day, he was instrumental in putting the visitors at ease and making them feel welcome as guests of the command.  He also participated in the social activities with the attendees after hours and again was extremely helpful in bridging the communications gap.  Petty Officer Dasilva contributed greatly to the success of this conference, and he has our thanks and appreciation. Petty Officer Dasilva's outstanding linguistic ability and unselfish devotion to duty reflect credit upon himself, the National Security Agency/Central Security Service, Hawaii, United States Navy and the Department of Defense.

Date: 3/20/08

D. F. Lyons, Chief HS3



**DEPARTMENT OF THE ARMY**
DEFENSE LANGUAGE INSTITUTE FOREIGN LANGUAGE CENTER
AND PRESIDIO OF MONTEREY
MONTEREY, CALIFORNIA  93944

REPLY TO
ATTENTION OF

ATFL-CMDT                                                                                14 July 2003

MEMORANDUM THRU Officer in Charge, Naval Technical Training Center Detachment,
Defense Language Institute Foreign Language Center, Presidio of Monterey, California  93944

FOR Seaman Matthew C. DaSilva, Naval Technical Training Center Detachment, Defense
Language Institute Foreign Language Center, Presidio of Monterey, California  93944

SUBJECT:  Star Notes for Language Competitors

1.  It gives me great pleasure to forward the comments from General Shinseki, United States
Army Chief of Staff, and Lieutenant General Noonan, Deputy Chief of Staff, United States Army
G-2.

2.  I commend you on your efforts and urge you to continue your excellent performance.  They
reflect a dedication on your part to excel and set the example for other students to follow.  Your
performance truly indicates a deep and exemplary personal pride in your abilities to master the
Chinese-Mandarin language.  Thank you for bringing great glory on the Defense Language
Institute Foreign Language Center and the Presidio of Monterey.

3.  Well done and I wish you continued success in the future.

Encl                                                            MICHAEL R. SIMONE
                                                                COL, FA
                                                                Commandant




DEPARTMENT OF THE ARMY
OFFICE OF THE DEPUTY CHIEF OF STAFF FOR INTELLIGENCE
WASHINGTON DC 20310-1001

REPLY TO
ATTENTION OF

DAMI-POD                                                          2 7 MAY 2003

MEMORANDUM FOR CHIEF OF STAFF, ARMY   signed

SUBJECT:  Star Notes for Language Competitors

Sir —

1.  Purpose.  To request CSA sign Star Notes congratulating recent winners of a prestigious language competition.

2.  Discussion.

    a.  On 5 April 2003, the Defense Language Institute Foreign Language Center (DLIFLC) sent service members from all four services to compete in the 28th Annual Chinese Mandarin Contest in San Francisco, California.  This was an intense language competition with students representing numerous colleges and DLIFLC.

    b.  The DLIFLC students performed remarkably well against universities from throughout the state of California such as Stanford and the University of California at Berkeley.  Star Notes enclosed for CSA signature are appropriate considering the level of competition and performance results.

3.  Recommendation.  That the Army Chief of Staff sign the enclosed Star Notes for deserving Department of Defense linguists.

                                    v/r

                                    ROBERT W. NOONAN JR.
                                    Lieutenant General, GS
                                    Deputy Chief of Staff, G-2

Printed on   Recycled Paper

# *Commander, U.S. Naval Forces Japan*
# *Commander, Navy Region Japan*

takes pleasure in commending

CRYPTOLOGIC TECHNICIAN (INTERPRETIVE) FIRST CLASS
MATTHEW C. DASILVA
UNITED STATES NAVY

for service as set forth in the following

CITATION:

FOR OUTSTANDING PERFORMANCE OF DUTY WHILE SERVING AS A DIRECT SUPPORT INSTRUCTOR DURING A CRITICAL INFORMATION EXCHANGE EVOLUTION FOR NAVAL SUBMARINE TRAINING CENTER PACIFIC, PEARL HARBOR, HAWAII FROM OCTOBER TO NOVEMBER 2013. PETTY OFFICER DASILVA PROVIDED COMPLEX TECHNICAL TRAINING TO FIVE JAPAN MARITIME SELF-DEFENSE FORCE DIRECT SUPPORT TEAM OPERATORS DURING A FIVE WEEK PERIOD. HIS DIRECT SUPPORT EXPERTISE, TECHNICAL KNOWLEDGE, CONCISE AND METICULOUS INSTRUCTION IN THE PRESENTATION OF DETAILED TRAINING BRIEFS SIGNIFICANTLY ENHANCED JAPAN MARITIME SELF-DEFENSE FORCE OPERATORS' UNDERSTANDING OF TARGET COUNTRIES' TACTICS, TECHNIQUES, AND PROCEDURES. HIS ACTIONS CONTRIBUTED TO THE POSITIVE RELATIONSHIP BETWEEN THE TWO COUNTRIES AND SERVED TO STRENGTHEN OUR ONGOING BILATERAL EXCHANGE PROGRAM EFFORTS. BY HIS BOLD LEADERSHIP, WISE JUDGMENT, AND COMPLETE DEDICATION TO DUTY, PETTY OFFICER DASILVA REFLECTED CREDIT UPON HIMSELF AND UPHELD THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

T. B. KRAFT
REAR ADMIRAL, U.S. NAVY



# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

### TO

**CRYPTOLOGIC TECHNICIAN INTERPRETIVE FIRST CLASS MATTHEW C. DASILVA**

**UNITED STATES NAVY**

### FOR

PROFESSIONAL ACHIEVEMENT AS A DIRECT SUPPORT ELEMENT LEADING PETTY OFFICER AT NAVY INFORMATION OPERATIONS COMMAND, HAWAII FROM MARCH 2008 THROUGH APRIL 2011.  PETTY OFFICER DASILVA LED TWO 15-MAN TEAMS WHILE DEPLOYED FOR 140 DAYS ON TWO PACIFIC FLEET COMBATANTS.  AS THE SENIOR RADIO TELEPHONE OPERATOR, HE DISPLAYED SUPERB TARGET KNOWLEDGE PROCESSING 946 SIGNALS OF INTEREST IN SUPPORT OF NINE CHIEF OF NAVAL OPERATIONS DIRECTED SPECIAL OPERATIONS.  HE DEVOTED 45 OFF-DUTY HOURS CREATING AND IMPLEMENTING 20 LANGUAGE TRAINING LESSONS.  PETTY OFFICER DASILVA'S EXCEPTIONAL PROFESSIONALISM AND SELFLESS DEVOTION TO DUTY REFLECTED CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS  22nd  DAY OF  DECEMBER 2010



FOR THE SECRETARY OF THE NAVY

**J. S. COLE**

**CAPTAIN, UNITED STATES NAVY**

**COMMANDING OFFICER**

NAVSO 1650/12 (REV. 7-99)
S/N 0104-LF-982-3000

# 𝕹𝕷𝕾𝕮 𝕸𝖊𝖒𝖇𝖊𝖗𝖘𝖍𝖎𝖕 𝕮𝖊𝖗𝖙𝖎𝖋𝖎𝖈𝖆𝖙𝖊

*In recognition of*

## *Matthew da Silva*

*for participation as a Member of the National Language Service Corps and contributions to using language for the good of all.*



_____     2/5/2015
Director's Signature                          Date



**NATIONAL LANGUAGE SERVICE CORPS**
*Language for the good of all.*®



# COMMANDER, NAVAL NETWORK WARFARE COMMAND

### *takes pleasure in commending*

**CRYPTOLOGIC TECHNICIAN INTERPRETIVE SECOND CLASS
MATTHEW C. DASILVA
UNITED STATES NAVY**

*for services set forth in the following*

*CITATION*

For extraordinary achievement on each of the three most recent Defense Language Proficiency Tests in the Chinese-Mandarin language during the three year period ending 17 May 2007. Petty Officer Dasilva demonstrated an outstanding level of proficiency that placed him in the top of the tested population. This outstanding achievement attests to his exceptional personal commitment and reflected his uncommon dedication to accomplishing the Navy's Information Warfare mission. As the technologies of modern warfare become increasingly complex, superior linguists become even more essential to the operational readiness of our Navy. Having repeatedly proven to be a superior linguist, he can be justifiably proud of the important contribution he made to our nation's defense. Petty Officer Dasilva's self-discipline and strong sense of duty reflected credit upon himself, the Naval Network Warfare Command and the United States Navy. "Congratulations!"

**E. H. DEETS, III
Rear Admiral, U.S. Navy
Vice Commander**





## COMMANDER, NAVAL NETWORK WARFARE COMMAND

*takes pleasure in commending*

**CRYPTOLOGIC TECHNICIAN INTERPRETIVE FIRST CLASS
MATTHEW C. DA SILVA
UNITED STATES NAVY**

*for services set forth in the following*

*CITATION*

For outstanding performance of duty while serving as a Direct Support Element Radiotelephone Basic Operator at Navy Information Operations Command Hawaii from October 2008 to December 2008. While deployed on two Direct Support Elements on one U.S. Pacific Fleet subsurface combatant for 48 days, Petty Officer Da Silva demonstrated an impressive level of knowledge by providing accurate, time critical reports and threat assessment to the commanding officer and officers of the deck. His outstanding technical knowledge of the complex CLASSIC TROLL system and ancillary equipment significantly enhanced the operational readiness and success of each mission. His keen analytical skills and meticulous documentation of 96 intercepts contributed toward event reconstruction and ensured accurate reporting of mission objectives. Petty Officer Da Silva's superb professionalism, personal initiative and loyal dedication to duty reflected credit upon himself, the Naval Network Warfare Command and the United States Navy. "Congratulations!"

**E. H. DEETS, III
Rear Admiral, U.S. Navy
Vice Commander**



# National Security Agency

## Joint Service Commendation Medal

*CRYPTOLOGIC TECHNICIAN INTERPRETIVE SECOND CLASS MATTHEW C. DASILVA, United States Navy, distinguished himself by meritorious service from April 2004 to March 2008 while serving within the Hawaii Signals Intelligence Directorate at the National Security Agency/Central Security Service, Hawaii. Petty Officer DaSilva's exceptional performance as a multidisciplined Language Analyst helped to enhance the operational capabilities of the Language Analysis Services Division. He provided meticulous translations of complex foreign language materials in two languages, which were instrumental to intelligence reporting on the site's most difficult missions. He was a key contributor for a Pacific Commander's joint exercise and acted as an interpreter for visiting dignitaries. He qualified in eleven mission software applications, acting a project lead for one. Petty Officer DaSilva trained more than ten multiservice and civilian personnel in mission procedures, all of them certified ahead of schedule. He also redesigned the entire department training plan which reduced necessary training time and increased skill knowledge. Additionally, as a command Catholic Lay Leader, he selflessly dedicated countless off-duty hours that provided individual counseling and organized group activities to enhance the spiritual growth and morale of his fellow co-workers. Petty Officer DaSilva's professionalism, devotion to duty, and distinctive accomplishments reflect great credit upon himself and are in keeping with the highest traditions of the National Security Agency/Central Security Service, the United States Navy, and the Department of Defense.*








# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE SECRETARY OF DEFENSE
HAS AUTHORIZED THE AWARD OF THE

## JOINT SERVICE COMMENDATION MEDAL

TO

**CRYPTOLOGIC TECHNICIAN INTERPRETIVE SECOND CLASS MATTHEW C. DASILVA**
**UNITED STATES NAVY**
**APRIL 2004 to MARCH 2008**

FOR

MERITORIOUS SERVICE
FOR THE ARMED FORCES OF THE UNITED STATES

GIVEN UNDER MY HAND THIS **17th** DAY OF **January 2008**

**NATIONAL SECURITY AGENCY**
COMMAND OR OFFICE

Lieutenant General, USA DIRECTOR
for   SECRETARY OF DEFENSE

DD FORM 2413. MAY 1999

Defense Exhibit 3:

Letter of Appreciation for Matthew

DaSilva's Good Samaritan Efforts



**DEPARTMENT OF THE NAVY**
NAVAL COMPUTER AND TELECOMMUNICATIONS
AREA MASTER STATION, PACIFIC
500 CENTER STREET
WAHIAWA, HAWAII 96786-3050

1650
00
28 Apr 05

From:  Commanding Officer, Naval Computer and Telecommunications
       Area Master Station, Pacific
To:    CTI3 Matthew C. DaSilva, USN
Via:   Commanding Officer, Naval Security Group Activity Hawaii

Subj:  LETTER OF APPRECIATION

1.  You have my sincere appreciation for your selfless efforts
to render aid and comfort to Nathan Carl, a dependent child of a
housing resident on Naval Computer and Telecommunications Area
Master Station, Pacific.  You immediately noticed that Nathan
was injured and required assistance, and using your own shirt as
a bandage, you took action and rendered first aid to Nathan's
lacerated foot and then drove him to his residence.  During the
flurry of activity to get Nathan follow-on medical attention,
you departed without a thought to the need of thanks for your
good deed.  Your assistance and actions ensured Nathan received
the 17 stitches necessary mend his wound in a timely manner.
Your act truly exemplifies Navy Core Values and the work of a
Good Samaritan.

2.  I join Nathan's parents, LCDR Charlie and Marie Carl, in a
sincere thank-you for your compassion and willingness to act.
Your dedication and unswerving devotion to duty reflected credit
upon yourself and were in keeping with the highest traditions of
the United States Navy.

                                    M B McLendon

                              M. B. MCLENDON


Copy to:
Service Record

Defense Exhibit 4:

Letter from Matthew DaSilva's

Neighbor

490 Coolidge Lane

Lavon, TX 75166

October 17, 2023

Dear Judge Nichols,

I am writing this message to you to provide an additional perspective on a person who I feel is among the finest I have ever known…. Matthew DaSilva.

I first met Matt in May of 2016, when I moved into a home a few doors down from that he shares with his wonderful wife Crissy. Since then, our relationship has developed into a deep friendship. In those years I have observed Matt's integrity, honesty, kindness, depth of religious faith and his unique willingness to come to the aid of others, of which I have been a grateful beneficiary.

I am 73, and not in the best of health. I am a widow, have also recently lost a fiancé, and have lost a son in a tragic accident. I have no family within 2000 miles.

Matt has consistently been a friend who has been there for me. I will provide some examples of his kindness and willingness to give. Please understand that the willingness to give is integral to who Matt is and is reflective of the seriousness with which he takes his Catholic faith.

On Christmas Eve, 2020, I lost a wonderful lady to Covid. The date of her passing was eleven years to the day after the date on which my wife was buried. I admittedly was in bad shape emotionally, and it was Matt who was there for me.

In May of 2021, I had the first of three hospitalizations for a bowel that expressed itself through a hernia and twisted causing great pain. On each occasion it was Matt who helped me get to the hospital and brought me home in the wee hours of the morning.

I believe it was in July of 2021 when the hernia was repaired. It was Matt who brought me home from the hospital. I could not drive for two months following the procedure. During that time, Matt checked in daily, and very generously drove me wherever needed, purchased groceries for me, and made sure that he transported me to religious services each Sunday.

Last year, in June I was diagnosed with aggressive cancer of the prostate requiring surgery. Matt again was checking on me daily to see if there was anything I needed.

A few months after the surgery I was in great pain. As it turned out, my 25 lb. weight loss from the cancer had caused the surgical mesh repair of the abdominal hernia repair to fail. When this happened, Matt dropped everything and drove me to Southwest Medical Center in Dallas and stayed with me while the hospital diagnosed my issue and managed my pain. In so doing he sacrificed an entire workday at a time where he could ill afford it.

Matt is a very serious individual who sets high ethical and practical standards for himself in all that he does. He enthusiastically mastered two difficult languages, Japanese and Mandarin in order to serve his country as a linguistic expert and translator abord a submarine for the US Navy off the coast of China.

He is a loyal American, a wonderful family man, a man of faith and an individual who always tries to do the right thing.

I would urge you to consider Matt's character, his disciplined practice as a man of faith, his dedication to country, his willingness to help anyone in need of any sort, his clean legal history, and the esteem in which he is held by others.

His wife and his community need Matt back here in Lavon, Texas, and many are praying for his speedy return home.

He and his wife have suffered greatly already, emotionally and financially.

I beseech you to show Matt the mercy that Matt shows to all with whom he comes in contact.

Thank you for your kind consideration of this letter.

Sincerely,

James D. McLean

Defense Exhibit 5:

Letter from Matthew DaSilva's Wife

October 15, 2023

Dear Judge Carl J. Nichols,

My name is Christina da Silva and I am the wife of Matthew da Silva, a defendant in your court. I am writing to tell you what an honest, reliable, and helpful man my husband is.

Matt and I met in college in Japan in 1993. We were both exchange students at the Japan Center for Michigan Universities in Hikone City, Shiga Prefecture. Our first encounter occurred when he helped me in the post office. I was terrified because I was a very poor speaker of Japanese, and I was on the verge of tears because I could not remember the word for "stamp." I thought I was on my own, but he was right behind me, and upon sensing my fear, he immediately stepped in to help. As soon as I heard his kind voice begin translating for me, I knew everything would be all right. Over the last 30 years, that event has replayed itself in a variety of settings. The one constant is Matt's willingness to help. I cannot adequately express what a force for good he has been in my life, as well as the life of my family and anyone who has been fortunate enough to meet him. He always steps in to help those in need with kind and self-effacing efficiency.

While we were in Japan together, I saw Matt help both learners of Japanese and English. He volunteered to tutor Japanese students learning English at our school. He also volunteered to visit Japanese high schools in order to help with their English classes. He always helped those of us who were nervous about speaking Japanese.

When 9/11 happened, Matt was working as a Japanese translator in Michigan. He was troubled by the event, so he immediately went to a Navy recruiting office and enlisted. Even though he was already over 30 years old, he joined the Navy and worked for 12 years as a Chinese linguist. While in the Navy, Matt showed himself to be so honest and reliable he was given the honor of receiving not only top secret clearance, but also SCI, or Sensitive Compartmented Information Clearance, as well as clearance for Special Access Programs. Near the end of his last tour, he was repeatedly deployed on difficult, back to back submarine missions. His group's motto was "pack your bags" because they were usually asked to leave with almost no notice. Rather than complain, he was proud to serve his country in this way, and I was in awe of his willingness to sacrifice in order to do what he thought was right.

In the Navy, Matt's hard work and dependability caused him to receive many accolades. One example that exemplifies his helpfulness was a command coin given to him

because he used his shirt as a tourniquet to stop the bleeding of a child who had cut his foot on a piece of glass. Matt was just walking by and heard the screaming, saw the child in need, and stopped to help. He always tries to give aid to those who need it.

After separating from the Navy in 2014, Matt stepped in to assist my ailing mother. My mother's cognitive abilities were deteriorating at this time due to the onset of dementia, but somehow Matt could always calm her mind, please her with his responses, and soothe her nerves. Matt repaired things around her house, cleaned her pool, cleared out the clutter from the upstairs of her house, did yard work; in other words, if she needed it done, he took care of it. We often brought her to our house in North Texas, and during these visits, Matt would spend hours sitting on our back porch patiently listening to her, making her feel heard and loved. At times, it was very difficult to communicate with her, but he could always determine what she wanted to say, and this truly lessened her anxiety. During our last Thanksgiving with my mother, at one point, she did not recognize me, and in a panic, she turned to Matt and asked him who I was. He gently told her I was her daughter, and she visibly relaxed. His deep, soothing voice, and his gentle presence helped her remain calm and lucid, so thanks to him, I was able to really communicate with my mother despite her infirmities. Matt made time for my mother because he is a reliably good man. Throughout her decline she instinctively remembered that, and it helped to keep her calm and focused. This is just one example drawn from all the myriad ways in which he is integral to the lives of our family members.

My mother passed away in December 2019; the week after she died, Matt spent hours cleaning out her house for the family. We were too devastated by grief to offer much help, but it didn't matter. Even though he too was grieving, he took care of everything we needed him to do whether it was going to the store, scrubbing the floor on his hands and knees, or contacting my mother's pastor about the funeral. It is always such a relief to have Matt's help during a difficult time because he always keeps his word as a matter of honor. If Matt tells you he will do something, he will do it without fail. I have known him for 30 years, and he has never let me down. He has more integrity than any man I have ever known.

Matt has been tireless in his efforts to help both my sister and me since my mother passed away. My sister is in her 60's and is ill with MS. Matt is always willing to help her, and his presence in our lives has been an enormous blessing because we can always count on him to be there for us, no matter what.

In our neighborhood, Matt is also very helpful. When we go for a walk together, neighbors know that if they need help with something, he will pitch in and take care of

whatever they need. In particular, we have a neighbor who is in his 70''s, lives alone, and has been diagnosed with cancer. Matt has helped him in many ways: from getting groceries to driving him to the doctor's office or the hospital for tests. Just as he did with my mother, just as he does with me and my sister, Matt makes our neighbor Jim feel heard and cared for.

Matt was very upset by what happened on January 6. When he returned to Texas from Washington DC he told me that he truly regretted how he responded to the situation. It was not what he expected, and he has told me many times that he wishes he had behaved differently. Conscience-stricken, he told me that he deeply regretted putting his hands on a police shield. Matt has been extremely grieved by his behavior, and, as a result, he has worked tirelessly to reflect on what happened, what he did, and what he could have done differently on that chaotic day. In addition to self-introspection, Matt has worked to improve himself by going to counseling, and you can be assured absolutely that he will never do anything such as this again. Matt's remorse is real, and it has been transformative.

Respectfully,

Christina da Silva

Christina da Silva
470 Coolidge Lane
Lavon, Texas 75166
(808) 428-5473

Defense Exhibit 6:

Letter from Dr. Michael Lynch



**CONFIDENTIAL**
**Integrated Health Service Solutions, LLC**

**Addendum Report – 15 October 2023**

**SUBJECT:** Addendum to the Neuropsychological Assessment Report (20220228) for Matthew C. DaSilva

1. The addendum to the neuropsychological assessment report dated 20220228 was requested by the individual's counsel, Marina Medvin, Esq.  The request was to discuss the clinical impressions formulated after Mr. DaSilva participated in prolonged psychotherapy.  The addendum was also requested to address what, if any, progress he has made since the initial evaluation was completed. Mr. DaSilva was interviewed for approximately three hours at the Correctional Treatment Facility, DC Department of Corrections on 20231013.

2.  Mr. DaSilva was asked upon interview if he had any regrets.  His immediate response was "Yes".  When asked to elaborate, he discussed how his actions adversely impacted his family, his life, and the impact it had on others, both officers and with others "in the crowd". An in-depth discussion ensued regarding his belief system, the events surrounding the election, and how he formulated these beliefs. During the course of the interview, his beliefs were repeatedly challenged in an attempt to evoke a negative response and/or elicit delusionary thought processes.  He never lost composure, was consistent in his problem-solving and in his firmly held beliefs.  He was also very consistent with his responses to "What would you have done differently?" Mr. DaSilva responded that he would have brought his wife who would have quickly led him to the hotel and not to the Capital after the initial rally.  He noted that he believes protests are necessary at times, making analogies to Martin Luther King and that those protests were conducted in a very civilized, organized, non-violent fashion.  This is consistent with his reports in 2022 regarding the over stimulation of the crowd; visually, auditorily, and with the tactile nature of the pushing and combative nature of all involved.  He added that was an overwhelming experience he would never want to face again. One significant change from the initial evaluation in 2022 was that he possesses a greater level of insight into how others perceive him.

3. When judging the effectiveness of psychotherapy one needs to look at an individual's level of insight, how well they maintain a logical problem solving schema when challenged, and can they control their emotions.  The first +/- one hour of the interview was directly confrontational, challenging his beliefs, attempting to challenge his decision making ability and to attempt to put him on the defensive.  Mr. DaSilva made logical arguments to support his various viewpoints, made intelligent rational interpretations of a number of debatable points, and maintained his composure.  At that point, he was asked what the undersigned was attempting to do and why.  After a brief period of reflection, he was able to change perspective to better understand what the intent of the undersigned was. This ability for reflection is a very good indication that he not only engaged in therapy but embraced the concepts.

**SUBJECT:** Addendum to the Neuropsychological Assessment Report for Matthew C. DaSilva 20231015

In reviewing his therapeutic experience, Mr. DaSilva reported that he was grateful for having to participate in therapy.  He stated that he found the process helpful in putting the events of January 6th into perspective, in challenging some of his beliefs, and in his ability to gain self-perception.  He stated he gained trust with the psychologist and found the process both challenging and rewarding.

4. As noted in the initial report, Mr. DaSilva did not see the "crowd" as threatening, but rather feeling supported.  In retrospect, he has come to realize it was both "unorganized" and "without a leader", that is, someone who had a well-constructed plan for the protest.  Once caught up in the chaotic environment, he lost perspective.  Consistent with the previous evaluation, he has led a life avoiding confrontation. He stated, that if he was to partake in another protest, he would bring a trusted friend or his wife to ensure he did not get swept away if the environment became overwhelming, that it is well organized, and has a focused intent with approvals to congregate. Based on the initial evaluation, including psychological assessment, the likelihood that he would find himself in a similar situation is remote.  As in 2022, he is someone who intellectualizes his environment, demonstrates restraint, and is typically avoidant by nature.

**Michael D. Lynch, PhD, ABPP**
**LTC (Ret), US Army**
**Clinical Neuropsychologist**
**Commonwealth of Virginia** (#0810000269)
**Adjunct Professor, The Chicago School of Professional Psychology,**
**    Washington, DC**

Defense Exhibit 7:

Examples of 2020 Political Riot Case

Dismissals in Portland

SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00442-HZ** |
| v. | **MOTION TO DISMISS WITH PREJUDICE** |
| **JOSHUA M. WARNER,**<br>  **aka EVA WARNER,** | |
| **Defendant.** | |

The government moves the Court for an Order under Fed. R. Crim. P. Rule 48(a) to

dismiss with prejudice the indictment against Defendant, in the best interests of justice.

Defendant has successfully complied with the terms of the Deferred Resolution Agreement,

including performing at least 30 hours of community service.

Dated: December 21, 2021                              Respectfully submitted,

                                                     SCOTT ERIK ASPHAUG
                                                     Acting United States Attorney

                                                     */s/ Thomas S. Ratcliffe*
                                                     THOMAS S. RATCLIFFE, ILSB #6243708
                                                     Assistant United States Attorney

**Motion to Dismiss with Prejudice**                                          **Page 1**
                                                                      Revised February 2021

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PAMELA PAASO**
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00250-HZ** |
| v. | |
| **MARNIE SAMANTHA SAGER,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020 with

prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: February 19, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj-00170 |
| v. | **MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |
| **THOMAS JOHNSON,** | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing without prejudice the Complaint filed July 27, 2020, charging defendant with Assault on a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: October 22, 2020            Respectfully submitted,

                                        BILLY J. WILLIAMS
                                        United States Attorney

                                        *s/ Parakram Singh*
                                        PARAKRAM SINGH, OSB #134871
                                        Assistant United States Attorney

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00245-IM** |
| **v.** | **MOTION TO DISMISS WITH PREJUDICE COUNT 1 OF INFORMATION** |
| **JENNIFER LYNN KRISTIANSEN,** | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice Count 1 of the information filed July 21, 2020, charging defendant with Assault on a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: October 9, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney

**Motion to Dismiss Count 1 of Information**                                         **Page 1**
Revised March 2018

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00374-BR** |
| **v.** | |
| **TAYLOR CHARLES LEMONS,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on August 21, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: August 28, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                                            **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00252-HZ** |
| **v.** | |
| **GABRIEL REED HUSTON,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

   United States of America moves to dismiss the information filed on July 22, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

   Dated: December 4, 2020

                              Respectfully submitted,

                              BILLY J. WILLIAMS
                              United States Attorney

                              _s/ Pamela Paaso_
                              PAMELA PAASO
                              Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                              **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00210-IM** |
| v. | **MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **THEODORE MATTHEE O'BRIEN,** | |
| Defendant. | |

The United States of America, by and through counsel, respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing without prejudice the Information filed July 7, 2020, charging defendant with Assault on a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: November 3, 2020                    Respectfully submitted,

                                           BILLY J. WILLIAMS
                                           United States Attorney

                                           *s/ Parakram Singh*
                                           PARAKRAM SINGH, OSB #134871
                                           Assistant United States Attorney

**Motion to Dismiss Information**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00278-JO** |
| **v.** | |
| **PABLO AVVACATO,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 27, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: September 10, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00286-MO** |
| **v.** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **IAN ALEC WOLF,** | |
| **Defendant.** | |

Plaintiff United States of America moves to dismiss this information with prejudice in the interest of justice. Defendant has completed the requirements for the deferred resolution agreement.

Dated: November 30, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_/s/ Ashley R. Cadotte_
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00279-IM |
| v. | |
| DOUGLAS ROBERT DEAN, | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 27, 2020 without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: December 21, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                      **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-mj-168** |
| v. | **MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| **REBECCA MOTA GONZALEZ,** | |
| **Defendant.** | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of

the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint

filed July 27, 2020, charging defendant with Assaulting a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: January 20, 2021                   Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney

**Motion to Dismiss Complaint**                                   **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj-166 |
| v. | **MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| **STEPHEN EDWARD O'DONNELL,** | |
| **Defendant.** | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint filed July 26, 2020, charging defendant with Assaulting a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: January 22, 2021                    Respectfully submitted,

                                           BILLY J. WILLIAMS
                                           United States Attorney

                                           *s/ Parakram Singh*
                                           PARAKRAM SINGH, OSB #134871
                                           Assistant United States Attorney

**Motion to Dismiss Complaint**                              **Page 1**
                                                    Revised March 2018

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00329-BR** |
| **v.** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **JEFFREE CHEYENNE CARY,** | |
| **Defendant.** | |

　　　　Plaintiff United States of America moves to dismiss this information with prejudice in the interest of justice.  Defendant has completed the requirements for the deferred resolution agreement.

Dated: January 21, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BILLY J. WILLIAMS
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　 */s/ Ashley R. Cadotte*
　　　　　　　　　　　　　　　　　ASHLEY R. CADOTTE, OSB #122926
　　　　　　　　　　　　　　　　　Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**　　　　　　　　　　　　　　　　　**Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00247-IM** |
| **v.** | |
| **JERUSALEM A. CALLAHAN,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: February 16, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_s/ Pamela Paaso_
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                        **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00255-SI** |
| **v.** | |
| **NICHOLAS KLOIBER,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 23, 2020 with

prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: February 17, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**                                    **Page 1**