UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW DASILVA,<br><br>*Defendant.* | Criminal Action No. 1:21-cr-00564 (CJN) |

### ORDER

At a hearing on Defendant's motions for acquittal, *see* ECF Nos. 88 and 93, Defendant moved orally for release pending sentencing based on the possibility that he might be acquitted on Count Five, 18 U.S.C. § 1752(a)(4).  But even setting Count Five aside, the Court has already determined that Defendant's conviction on Count Seven, 40 U.S.C. § 5104(e)(2)(F), independently triggers mandatory detention pending sentencing under 18 U.S.C. § 3143(a)(2).  *See* Detention Order, ECF No. 98.

Accordingly, it is

**ORDERED** that Defendant's motion for release pending sentencing is **DENIED**.

DATE:  October 25, 2023

CARL J. NICHOLS
United States District Judge