UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-564 (CJN) |
| | : | |
| **MATTHEW DASILVA,** | : | |
| Defendant. | : | |

## GOVERNMENT'S OPPOSITION TO
## DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response in opposition to the Defendant, Matthew DaSilva's Motion for Release from Custody, Doc. 119.

Following the Court's issuance of its Memorandum Opinion, Doc. 118, in which the Court reconsidered its July 2023 bench verdict on Counts 3, 4, and 5 of the Superseding Indictment (the § 1752 counts), the defendant moved for release from custody. The defendant argued that only one of the remaining counts of conviction – Count 7 (Physical Violence on Capitol Grounds) – is a crime of violence requiring mandatory detention, and he has now served more time than the statutory maximum prison sentence for Count 7. *See* Doc. 119.

The government respectfully submits that given the remaining counts of conviction for Count 1 (Civil Disorder) and Count 2 (Assault on a Federal Officer), the defendant's post-conviction detention is still proper. Though the defendant has now served the statutory maximum for Count 7, the statutory maximum penalties for Counts 1 and 2 are five and ten years, respectively. And, the Sentencing Guidelines for this case recommend a term of years in prison, not months. As calculated by the Probation Officer and the Government, the defendant's offense level based on the Court's original verdict would have been 23. *See* PSR, Doc. 109, ¶ 79; *see also*

Gov't Sent. Mem. Doc. 111 at 19-20. Without the § 1752 counts, the Government calculates the defendant's offense level to still be 22. The defendant falls in Criminal History Category I, so his recommended Guidelines range will therefore be 41-51 months of imprisonment, well beyond the 6 months that the defendant has served to date.

    Accordingly, the government respectfully requests that the Court deny the motion for release pending sentencing.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney

By:    /s/ *Katherine E. Boyles*
         Katherine E. Boyles
         Assistant U.S. Attorney
         D. Conn. Fed. Bar No. PHV20325
         United States Attorney's Office
         601 D Street NW
         Washington, D.C. 20001
         Phone: 203-931-5088
         Email: Katherine.Boyles@usdoj.ov

         /s/ *Eric W. Boylan*
         Eric W. Boylan
         Assistant U.S. Attorney
         Texas Bar No. 24105519
         United States Attorney's Office
         601 D Street NW
         Washington, D.C. 20001
         Phone: 202-815-8608
         Email: Eric.Boylan@usdoj.gov